

## NUMBER 13-15-00025-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

YVONNE RUDD,                                                          Appellant,

v.

JUAN MANUEL ORTIZ,                                                    Appellee.

### On Appeal from the 92nd District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Yvonne Rudd, attempted to perfect an appeal from an order entered by the 92nd District Court of Hidalgo, County, Texas, in cause no. F-2917-09-A. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated November 25, 2014. On January 13, 2015, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could

be done.  *See* Tᴇx. R. Aᴘᴘ. P. 37.1, 42.3.   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction.   Appellant failed to respond to the Court's notice.

The Hidalgo County Clerk's Office has informed this Court that no judgment was entered on November 25, 2014.   In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute.  *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction.    Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.    *See* Tᴇx. R. Aᴘᴘ. P. 42.3(a),(c).


PER CURIAM

Delivered and filed the
5th day of March, 2015.